UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
SANTOS M. VILELLA, an individual,

                        Plaintiff,            Civil Action No.: 16 CIV. 00021-ALC
      v.                                    **STIPULATION OF SETTLEMENT**
                                                  **WITH PREJUDICE**

BUDABEAN INC., AMAZON.COM, INC.,
EBAY ENTERPRISES, INC., and VIM JEANS
STORES, INC.,
                        Defendants.
_____x

       The parties to this matter, having resolved the claims of Santos M. Vilella (together, "Plaintiffs") asserted in Plaintiffs' Complaint in this action against Buda Bean Inc., and VIM Jeans Stores, Inc., (together, "Defendants"), hereby stipulate, by and through their counsel, to a dismissal with prejudice of Plaintiffs' claims against Defendants pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

       Plaintiffs and Defendants shall bear their own costs and attorneys' fees.

Dated: New York, New York
       March ___, 2016

BY: *[signature: Santos Vilella Jr.]*
       Santos M. Vilella
       Attorney PRO-SE
       154 East 105th Street
       New York, NY 10029
       Dated: March 2, 2016

       JOEL & JOEL, LLP

BY: *[signature: Richard Joel]*
       Richard A. Joel Esq.
       Attorney for Defendants,
       Buda Bean, Inc., Vim Jeans Stores, Inc.
       *New Jersey Office*
       700 Kinderkamack Road
       Oradell, New Jersey, 07649
       Dated: 3/21/16