USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-12-16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

SANTOS M. VILELLA, an individual,   )
                                     )
         Plaintiff,                  )
                                     )
         v.                          )   Civil Action No. 16 CV 0021
                                     )
BUDA BEAN, INC., AMAZON.COM,         )   JURY TRIAL DEMANDED
INC., EBAY ENTERPRISES, INC.; and    )
VIM JEANS STORES, INC.               )
                                     )
         Defendants.                 )

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Santos M. Vilella, that the above captioned action is hereby dismissed with prejudice and without Court cost or fees to any party against the other.

Dated: April 5, 2016

**SANTOS M. VILELLA**

By: /s/ Santos Vilella

Santos M. Vilella -Pro Se Plaintiff
154 E. 105th Street
New York, New York 10029
(347) 290-9905

SO ORDERED:

/s/ Andrew L. Carter
U.S.D.J.
4-11-16

RECEIVED
SDNY PRO SE OFFICE
2016 APR -6 AM 10: 09
S.D. OF N.Y.

## CERTIFICATE OF SERVICE

I, Santos M. Vilella, hereby certify that on April 5, 2016, a copy of the Stipulation of Dismissal was served by email upon Randi Singer, Esq., randi.singer@weil.com.